AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WILLIAM G. ROBERTS and WANDA L. ROBERTS, husband & wife, individually and the marital community composed thereof,                                Plaintiffs,

v.

FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY, a foreigh insurance company,

                                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-032-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to Stipulation of the parties, the Complaint is dismissed with prejudice and without costs or attorneys fees to any party.

September 13, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson